UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 SEP -5 PM 2: 41

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| GARY M. MANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV406-267 |
| ) | |
| THE HONORABLE PETE GEREN, ) | |
| ACTING SECRETARY OF THE ) | |
| UNITED STATES DEPARTMENT ) | |
| OF THE ARMY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 5 day of Sept, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA